IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-01048-RBJ

Amnon Gutman

    Plaintiff,

    v.

Momma Dora Medicinals, Inc.

    Defendant.

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

**IT IS HEREBY ORDERED** that all claims in this action be dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all matters in controversy being settled, each party to pay its own costs and attorneys' fees.

DATED this 21st day of May, 2021.

BY THE COURT:

*[signature]*

District Court Judge